# EXHIBIT O

**From:** Leise Rosman
**To:** Marengo Township; Tom Piepkow; David H. Lesser; Ari Goldstein; Matthew Kuschel; kentvansickle@yahoo.com
**Subject:** Requesting an urgent call
**Date:** Friday, February 18, 2022 4:48:34 PM

Good afternoon - I am requesting an urgent phone call among the parties included here to reach a resolution to the concerns we have expressed today. Time is of the essence and I have yet to hear a feasible resolution option that would prevent having to file an action for a declaratory ruling first thing on Tuesday morning.  Please advise immediately. - Leise

Leise Rosman