# EXHIBIT P

| | |
|---|---|
| **From:** | David H. Lesser |
| **To:** | Matthew Kuschel |
| **Cc:** | Marengo Township; Tom Piepkow; kentvansickle@yahoo.com; Leise Rosman; Ethan R. Holtz |
| **Subject:** | Re: Requesting an urgent call |
| **Date:** | Monday, February 21, 2022 11:21:35 AM |

Matt - you had indicated you were available for a call over the weekend. Does today at 4:00 eastern work for you?

Thank you,

David H. Lesser
Power REIT

www.pwreit.com

> On Feb 18, 2022, at 4:48 PM, Leise Rosman wrote:
>
> Good afternoon - I am requesting an urgent phone call among the parties included here to reach a resolution to the concerns we have expressed today. Time is of the essence and I have yet to hear a feasible resolution option that would prevent having to file an action for a declaratory ruling first thing on Tuesday morning. Please advise immediately. - Leise
>
> Leise Rosman