# EXHIBIT S

| | |
|---|---|
| **From:** | Ethan Holtz |
| **To:** | Matthew Kuschel; Sal Amodeo |
| **Subject:** | RE: Property at 22695 J Drive North - 7 Cities Group - Park Consulting |
| **Date:** | Monday, February 28, 2022 5:51:59 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.jpg |
| | image004.jpg |

Matt - - don't believe that was removed, and if so, was not done so intentionally - - Im not sure Ari had that version.  Either way, I doubt that language will have any effect on impact with MRA; I just got back in town and would like to have a call to discuss when you have time let me know what works for you.  Thanks,

**From:** Matthew Kuschel <MKuschel@fsbrlaw.com>
**Sent:** Monday, February 28, 2022 1:20 PM
**To:** Sal Amodeo <samodeo@jaffelaw.com>
**Cc:** Ethan Holtz <eholtz@jaffelaw.com>
**Subject:** RE: Property at 22695 J Drive North - 7 Cities Group - Park Consulting

**\*\*EXTERNAL EMAIL - Be Cautious with Links and Attachments\*\***

Thank you, Sal. In the proposed text, it looks like the Township's laches, estoppel, and enforcement language was removed. The Township is not willing to proceed with any letter that does not include that language. Was that language discussed with the MRA?

Regards,

Matt



**Matthew A. Kuschel**
Associate  •  Fahey Schultz Burzych Rhodes

Direct: 517.381.3162  •  Cell: 517.927.7300
Office: 517.381.0100  •  Fax: 517.381.5051
fsbrlaw.com  •  mkuschel@fsbrlaw.com

4151 Okemos Road, Okemos, MI 48864 USA
∇ U.S. News & World Report Ranked Best Law Firm



**From:** Sal Amodeo <samodeo@jaffelaw.com>
**Sent:** Monday, February 28, 2022 1:06 PM
**To:** Matthew Kuschel <MKuschel@fsbrlaw.com>
**Cc:** Ethan Holtz <eholtz@jaffelaw.com>
**Subject:** Property at 22695 J Drive North - 7 Cities Group - Park Consulting

Matt:

We have received confirmation from the MRA that a letter from the Township with the verbiage below will be accepted as a CoO equivalent. I have copied email communications with the MRA for your review. Ethan is currently in the air but we would like to know if you have a moment later to discuss.

Thanks,
Sal

---

On Feb 28, 2022, 11:02 AM -0500, Hanna, Brian (LARA) <HannaB@michigan.gov>, wrote:

Ari,

==Yes, we would accept the letter from the township supervisor as a CoO equivalent.==

Thanks.

Brian Hanna
Manager, Field Operations – Inspections
Enforcement Division
Marijuana Regulatory Agency

O: 517-284-8599
C: 517-285-6707
hannab@michigan.gov
www.michigan.gov/MRA
<image001.png>


**From:** Ari Goldstein <ag@benjamindjoffe.com>
**Sent:** Monday, February 28, 2022 11:01 AM
**To:** Hanna, Brian (LARA) <HannaB@michigan.gov>
**Cc:** Ben Joffe <bdj@benjamindjoffe.com>
**Subject:** Re: CoO issues

==**CAUTION: This is an External email. Please send suspicious emails to abuse@michigan.gov**==

Mr. Hanna,

Thanks again for taking the time to speak with us last Friday.

==Per our discussion, have we understood correctly that MRA Enforcement would be willing to accept the language below in a letter from the Township Supervisor as a Certificate of Occupancy equivalent—provided that the signatory can also authenticate the letter and confirm its substance upon request from Enforcement?==

==We certainly don't want to misrepresent MRA's position on this as we continue discussions with the local authorities, so please feel free to correct me if I've misconstrued or potentially overlooked any key details. We are happy to further discuss any time if you have additional questions or concerns.==

Thanks again for helping us resolve this matter; we truly appreciate the guidance!

Best,
Ari

Ari Goldstein
Associate Attorney
Benjamin D. Joffe PLLC
(734) 834-4939

---

## BENJAMIN D. JOFFE PLLC
## Attorneys & Counselors
## 334 EAST WASHINGTON
## ANN ARBOR, MI 48104
## (734) 368-8595

bdj@benjamindjoffe.com

NOTICE: This E-mail message and any attachment contains confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this E-mail or any attachments. If you received this E-mail in error, please immediately notify us by return E-mail or by telephone at 734-368-8595 and delete this message. Please note that if this E-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by the firm. Thank you.

On Feb 25, 2022, 11:10 AM -0500, Ari Goldstein , wrote:

To whom it may concern:

==It is the understanding of the Township that the greenhouse building at the proposed location at 22695 J Drive N, Marshall, Michigan has never required, nor been granted, a Certificate of Occupancy for any prior use. The use of this building for agricultural purposes does not require a Certificate of Occupancy.==

Ari Goldstein
Associate Attorney
Benjamin D. Joffe PLLC
(734) 834-4939

---

BENJAMIN D. JOFFE PLLC
Attorneys & Counselors
334 EAST WASHINGTON
ANN ARBOR, MI 48104
(734) 368-8595

bdj@benjamindjoffe.com

NOTICE: This E-mail message and any attachment contains confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this E-mail or any attachments. If you received this E-mail in error, please immediately notify us by return E-mail or by telephone at 734-368-8595 and delete this message. Please note that if this E-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by the firm. Thank you.

On Feb 24, 2022, 9:50 PM -0500, Ari Goldstein <ag@benjamindjoffe.com>, wrote:

Good evening Mr. Hanna,

Park Consulting Group is the applicant for the prospective greenhouse facility (application number GRA-C-22-001045).

Thanks again for taking the time to address our questions—and please feel free to reach out if we can provide any other information or documentation in advance to assist with the discussion!

Best,
Ari

Ari Goldstein
Associate Attorney
Benjamin D. Joffe PLLC
(734) 834-4939

---

| **Sal Amodeo** | JAFFE RAITT HEUER & WEISS, P.C. |
|---|---|
| samodeo@jaffelaw.com | 27777 Franklin Rd., Suite 2500 |

| | | |
|---|---|---|
| 248.727.1402 | Southfield, MI 48034<br>www.jaffelaw.com |  |

Signature: Nothing in this communication is intended to constitute an electronic signature.  This email does not establish a contract or engagement.
Confidentiality: This communication may contain confidential privileged information intended for the named recipient(s) only.
If you received this by mistake, please destroy it and notify us of the error.